IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **Richard Simmon-Roman, et al**<br><br>Plaintiff,<br><br>v.<br><br>**Rosa Ileana Cruz-Burgos, et al**<br><br>Defendants. | CIVIL NO. 21-1038 (GLS) |

**JUDGMENT**

Pursuant to the Jury Verdict rendered on December 14, 2023, judgment is hereby entered in favor of defendant .

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 14th day of December, 2023.

*S/ Giselle López-Soler*
Giselle López-Soler
United States Magistrate Judge