# United States Court of Appeals
## For the First Circuit

_____

No. 24-1094

RICHARD SIMMON-ROMÁN; SIGFREDO SANTANA,

Plaintiffs - Appellants,

v.

ROSA ILEANA CRUZ-BURGOS,

Defendant - Appellee,

GYNECOLOGY REPRODUCTIVE ENDOCRINOLOGY AND FERTILITY INSTITUTE;
ABC INSURANCE COMPANIES; DEF INSURANCE COMPANIES,

Defendants.

_____

**JUDGMENT**

Entered: May 20, 2024
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of Appellants' unopposed motion, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b)(2).

Mandate to issue forthwith.


By the Court:

Maria R. Hamilton, Clerk


cc:
Fredeswin Pérez-Caballero
Jeannette M. López de Victoria
Roberto E. Ruiz-Comas