# United States Court of Appeals
## For the First Circuit

————————————

No. 24-1094

RICHARD SIMMON-ROMÁN; SIGFREDO SANTANA,

Plaintiffs - Appellants,

v.

ROSA ILEANA CRUZ-BURGOS,

Defendant - Appellee,

GYNECOLOGY REPRODUCTIVE ENDOCRINOLOGY AND FERTILITY INSTITUTE;
ABC INSURANCE COMPANIES; DEF INSURANCE COMPANIES,

Defendants.

————————————

**MANDATE**

Entered: May 20, 2024

In accordance with the judgment of May 20, 2024, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.


By the Court:

Maria R. Hamilton, Clerk


cc:
Jeannette M. López de Victoria
Fredeswin Pérez-Caballero
Roberto E. Ruiz-Comas